UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIE L. TOLBERT,<br><br>                Plaintiff,<br>    v.<br><br>RICHARD WEYRICH et al.,<br><br>                Defendants. | CASE NO. 3:25-cv-05694-DGE<br><br>ORDER DISMISSING FOR FAILURE TO FILE AN AMENDED COMPLAINT |

On August 18, 2025, Plaintiff, proceeding pro se and in forma pauperis, filed a complaint alleging a multitude of causes of action. (Dkt. No. 4.) The Court conducted its mandatory review pursuant to 28 U.S.C. § 1915(a) and dismissed Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B)(ii). (Dkt. No. 5.) Plaintiff was informed if he wished to file an amended complaint, he must do so no later than October 1, 2025. (*Id*.) Plaintiff did not file an amended complaint. Accordingly, this case is DISMISSED without prejudice.

Dated this 2nd day of October, 2025.

_David G. Estudillo_
United States District Judge

ORDER DISMISSING FOR FAILURE TO FILE AN AMENDED COMPLAINT - 2